AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   (Page 2- Not for Public Disclosure)

United States District Court
Southern District of Texas
**ENTERED**
January 18, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
Holding Session in Corpus Christi

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | |
| **JOEL CEBALLOS** | CASE NUMBER: 2:18CR01220-S-004 |
| | USM NUMBER: 03736-479 |

| Date of Original Judgment: | March 5, 2020 | |
|---|---|---|
| Date of Previous Amended Judgment: | | Armando Cavada |
| *(Use Date of Last Amended Judgment if Any)* | | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C.§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated <u>March 5, 2020</u> shall remain in effect.

**IT IS SO ORDERED.**

| Order Date: | January 17, 2024 | *Nelva Gonzales Ramos* |
|---|---|---|
| | | Signature of Judge |

| Effective Date: | | **NELVA GONZALES RAMOS** |
|---|---|---|
| | | **UNITED STATES DISTRICT JUDGE** |
| | *(if different from order date)* | Name and Title of Judge |